**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| WAEV INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-02004-RCL |

**ORDER**

Having considered Plaintiff's Unopposed Motion to Hold Case in Abeyance, the Court hereby GRANTS the Motion. Accordingly, IT IS HEREBY ORDERED that this case be held in abeyance until the resolution of *Waev Inc. v. United States Environmental Protection Agency*, Case No. 24-1232 (D.C. Cir.). Within 30 days after that date, the parties shall submit a joint status report proposing further proceedings.

Dated this _____ day of _____, 2024.

BY THE COURT:

_____
United States District Judge