# Exhibit A

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-1232** | **September Term, 2024** |
| | EPA-39FR32609 |
| | EPA-89FR37706 |
| | **Filed On: August 22, 2025** |

Waev, Inc.,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

**O R D E R**

Upon consideration of petitioner's unopposed motion for voluntary dismissal of its petition for review, it is

**ORDERED** that this petition be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                         BY:    /s/
                                        Laura M. Morgan
                                        Deputy Clerk